*E-filed 6/24/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP J. KRONZER and AUTODISC, INC., | Case No. C05-01649 HRL |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| SAMUEL A. MONTALVO, ANDREA A. MONTALVO, and DOES 1-XX, | |
| Defendants. | |

Having considered defendants' counsel's request to appear by telephone at defendants' motion to dismiss for lack fo personal jurisdiction, set for June 28, 2005 at 10:00a.m., and good cause appearing, the court grants the request.

**IT IS SO ORDERED.**

Dated: 6/24/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Thomas Easton     tom.easton@comcast.net,

3  Terry John Thomas     t2t@nvlitigators.com,

4  * Counsel are responsible for providing copies of this order to co-counsel.

5
   Dated:
6                                              /s/ RNR
                                    Chambers of Magistrate Judge Lloyd

2